IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BARRY MCMILLIAN                                                                             PLAINTIFF

vs.                                           CIVIL ACTION NO.: 1:24-CV-198-SA-DAS

CITY OF ABERDEEN, MISSISSIPPI
AND JOHN DOES 1-20                                                     DEFENDANTS

## **OPPOSED MOTION TO STAY DISCOVERY**

Defendant the City of Aberdeen respectfully submits this Opposed Motion to Stay Discovery pending the Court's ruling on Defendant's Motion to Dismiss. The contemporaneously filed memorandum in support explains in detail the bases for the requested relief, including that if the motion to dismiss is granted, then all of Plaintiff's claims would be extinguished.

For the reasons articulated in the memorandum, Defendant the City of Aberdeen respectfully requests an order of dismissal.

This, the 5th day of December, 2024.

PD.47703720.1

Respectfully submitted,

**PHELPS DUNBAR, LLP**

BY:   <u>*/s/ Loden P. Walker*</u>
      G. Todd Butler, MB #102907
      Loden P. Walker, MSB #105996
      1905 Community Bank Way, Suite 200
      Flowood, Mississippi 39232
      Post Office Box 320159
      Flowood, Mississippi  39232
      Telephone: 601-352-2300
      Telecopier: 601-360-9777
      todd.butler@phelps.com
      loden.walker@phelps.com

      **ATTORNEYS FOR DEFENDANT**
      **CITY OF ABERDEEN**

## **CERTIFICATE OF SERVICE**

I, Loden P. Walker, do hereby certify that I have this date electronically filed the above and foregoing *OPPOSED MOTION* with the Clerk of the Court which gave notice to the following:

DeMoreo Reddick
Reddick Law Firm, PLLC
P.O. Box 465
Okolona, MS 38860
662-436-4641 (t)
reddicklawfirm@yahoo.com

*Attorney for Plaintiff Barry McMillian*

So certified, this the 5th day of December, 2024.

                                                 */s/ Loden P. Walker*
                                                 Loden P. Walker