# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI ABERDEEN DIVISION

**BARRY MCMILLIAN**                                          **PLAINTIFF**

**vs.**                          **CIVIL ACTION NO.: 1:24-CV-198-SA-DAS**

**CITY OF ABERDEEN, MISSISSIPPI**
**AND JOHN DOES 1-20**                           **DEFENDANTS**

## THE PLAINTIFF'S RESPONSE IN OPPOSITION TO THE DEFENDANT'S OPPOSED MOTION TO STAY DISCOVERY

       The Plaintiff, Barry McMillian, submits this his response in opposition to the Defendant's Opposed Motion to Stay Discovery pending the Court's ruling on the Defendant's Motion to Dismiss.

       1.      The Plaintiff filed this lawsuit against the City of Aberdeen under Title VII, § 1981, and § 1983. Compl. [1].

       2.      On November 20, 2024, the Plaintiff, Barry McMillian, amended his complaint and added a claim for breach of contract against the City. Am. Compl. [6].

       3.      On November 21, 2024, the Defendant moved to dismiss all claims under Federal Rule of Civil Procedure 12(b)(6). Motion [7]; Memo. in Supp. [8].

       4.      Here, a stay of discovery is not warranted because the Defendant's pending dispositive motion is being used by the City of Aberdeen as a strategic way to delay this case, instead of having this case determined on its merits. Additionally, since the Plaintiff has received his EEOC Right to Sue letter [1-2], he wishes to proceed with the discovery process in this matter, due to him being confident that he can win this case on its merits. The Plaintiff also humbly asks this Court to let this matter proceed and, therefore, he is asking this Court to provide him and the Defendant with a trial date to have this matter heard on the merits of this case.

5. Given the straightforward nature of this motion, the Plaintiff asks that the requirement for a separate memorandum of authorities be waived.

For these reasons, the Plaintiff respectfully requests that this Court deny the Defendant's Motion to Stay Discovery.

Respectfully submitted, this the 19th day of December, 2024.

By: /s/ DeMoreo Reddick, Esq.
DEMOREO REDDICK, ESQ.
COUNSEL FOR THE PLAINTIFF

OF COUNSEL:

REDDICK LAW FIRM, PLLC
DEMOREO REDDICK, ESQ.
MS BAR NO.: 103747
P.O. BOX 465
OKOLONA, MS 38860
PH: 662-436-4641
FAX: 662-256-3582

2

3

**CERTIFICATE OF SERVICE**

    I, DeMoreo Reddick, attorney for the Plaintiff, hereby certify that the foregoing document has been delivered to all counsel of record, either by delivering a copy of same through the United States mail, first class postage prepaid, hand delivery, or electronic delivery, this the 19th day of December, 2024.

                              /s/ DeMoreo Reddick, Esq.
                              DEMOREO REDDICK, ESQ.