IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BARRY MCMILLIAN     PLAINTIFF

VS.     CIVIL ACTION NO.: 1:24-cv-198-SA-DAS

CITY OF ABERDEEN, MISSISSIPPI, et al.     DEFENDANTS

## ORDER STAYING DISCOVERY

The defendant City of Aberdeen, Mississippi, has filed a motion to stay discovery pending the court's ruling on its motion to dismiss the plaintiff's Amended Complaint. Doc. 14. The plaintiff Barry McMillian's Amended Complaint alleges race discrimination and breach of contract for the defendant's alleged failure to hire him as a groundmen/meter reader. Doc. 6. The defendant's motion to dismiss argues the Amended Complaint fails to state a claim for discrimination under Title VII, § 1983, or § 1981 or for breach of contract and should be dismissed in its entirety. For these reasons, the defendant contends the requested stay would prevent unnecessary waste of time and money for the litigants and would preserve judicial resources. The plaintiff responds the defendant's dispositive motion is merely an attempt to delay this case and asks that this matter proceed.

"A district court has inherent power 'to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.'" *United States v. Colomb*, 419 F.3d 292, 299 (5th Cir. 2005) (quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) (referring to power to stay proceedings as incident to such inherent powers)). It appears to the undersigned that the defendant's arguments in favor of dismissal may well have merit and could result in the termination of the case or a narrowing of the claims as to which discovery may be necessary. As such, for purposes of judicial economy and to avoid the potentially

unnecessary expenditure of time and resources by the litigants and counsel, the court will stay all discovery pending a ruling on the defendant's motion to dismiss.

Therefore, the defendant's motion to stay discovery is GRANTED. All discovery is STAYED and the case management conference is continued pending the court's ruling on the defendant's motion to dismiss. Counsel are instructed to notify the undersigned within seven days of a ruling on the motion.

SO ORDERED, this the 7th day of January, 2025.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE